B 2100A (Form 2100A) (12/15)

**U.S. BANKRUPTCY COURT**

# UNITED STATES BANKRUPTCY COURT

District of Massachusetts

In re  Scott F. Wuschke                        ,        Case No.  18-11798

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust | Federal National Mortgage Association (Fannie Mae), creditor c/o Seterus, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o SN Servicing Corporation
  323 Fifth Street
  Eureka, CA 95501

Phone:  800-603-0836
Last Four Digits of Acct #:    8938

Court Claim # (if known):    5-1
Amount of Claim:    $185,218.67
Date Claim Filed:    07/23/2018

Phone:  877-735-3637
Last Four Digits of Acct. #:    0631

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ signature                        Date: 02/01/2019
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

U.S. BANKRUPTCY COURT
2019 FEB -5 P 3:55